UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:19-cr-148-1 |
| Plaintiff, | : | |
| vs. | : | ORDER |
| JAMES ALLEN CLARK, | : | |
| Defendant. | : | |

-------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On October 31, 2019, the Government orally requested that this Court make a specific record, before trial, of whether defense counsel had communicated to Defendant James Allen Clark a plea offer made by the Government and whether the Defendant rejected that plea offer. The Government made this request pursuant to *Missouri v. Frye*, 132 S.Ct. 1399 (2012).

The Court granted the request and conducted a colloquy with the Defendant. During this colloquy, the parties made an oral motion to file "Joint Exhibit 1" under seal, which the Court GRANTED. The Court hereby ORDERS said filing to be placed in the Cleveland Clerk's Office vault, under seal.

IT IS SO ORDERED.

Dated: November 1, 2019          *s/  James S. Gwin*
                                 JAMES S. GWIN
                                 UNITED STATES DISTRICT JUDGE